86  MARSH & STEPHENSON *v.* THE PUBLIC SER. COM.

Statement of Facts—Opinion of the Court. [73 Pa. Superior Ct.


## Marsh & Stephenson et al. *v.* The Public Service Commission.

Argued April 24, 1919.  Appeal, Nos. 86, 88, 89, 90 and 91, from order of the Public Service Commission of the Commonwealth of Pennsylvania in the case of Rabe F. Marsh and John V. Stephenson, Borough of Jeannette, Borough of Youngwood, Borough of Irvin and Borough of Manor v. The Public Service Commission on appeal, and the Westmoreland Water Company, Intervenor.  Before ORLADY, P. J., PORTER, HENDERSON, HEAD, TREXLER, WILLIAMS and KELLER, JJ.  Affirmed.

OPINION BY PORTER, J., October 13, 1919:

And now, October 13, 1919, an agreement having been filed by all the parties to the above-mentioned appeals that the decision in the appeal, No. 87, April Term, 1919, Borough of Greensburg et al. v. Public Service Commission, shall be decisive of all the said appeals, and the determination of the Public Service Commission in said appeal of the Borough of Greensburg having been affirmed, the following order will be entered in each of the above-mentioned appeals:

The determination of the Public Service Commission is affirmed and the appeal dismissed; the costs to be paid by the appellants.